THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAMAZE KING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | NO. 2:24-CV-02009-KKE <br><br> **STIPULATED MOTION AND ORDER TO MODIFY CASE CAPTION AND EXTEND DEFENDANT'S RESPONSE DEADLINE** |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiffs Alamaze King, Emir Gur-Ravantab, May Wood, Leonard Gray, and Ebony Bruce (together, "Plaintiffs") and Defendant Amazon.com, Inc. (together, "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order dismissing Defendant Amazon.com, Inc. without prejudice from this lawsuit; modifying the case caption to substitute as defendant Amazon.com Services LLC; and extending Amazon.com Services LLC's deadline to respond to the First Amended Complaint ("FAC") (Dkt. 6) 45 days until February 21, 2025. In support of the foregoing request for relief, the Parties state as follows:

1. On December 5, 2024, Plaintiffs filed a putative class action complaint against Amazon.com, Inc. (Dkt. 1), and on December 12, 2024, Plaintiffs filed the FAC (Dkt. 6). Amazon.com, Inc. was served on December 17, 2024.

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY CASE CAPTION AND EXTEND DEFENDANT'S RESPONSE DEADLINE (No. 2:24-cv-02009-KKE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2.      Defendant Amazon.com, Inc.'s current deadline to respond to the FAC is January 7, 2025 (FRCP 12(a)(1)(A)).

3.      On January 6, 2025, the Parties' counsel engaged in a telephone call whereupon Defendant requested additional time to answer or otherwise respond to the FAC, and explained that Amazon.com, Inc. was not a proper defendant and that Amazon.com Services LLC would be the proper defendant, if any.

4.      Accordingly, the Parties stipulate and respectfully move the Court to enter an order dismissing defendant Amazon.com, Inc. without prejudice from this lawsuit, modifying the case caption to substitute Amazon.com Services LLC as defendant instead (as depicted below), and extending the deadline for Amazon.com Services LLC to respond to the FAC 45 days until February 21, 2025:

ALAMAZE KING, et al.,

        Plaintiffs,

  v.

AMAZON.COM SERVICES LLC

    Defendant.

5.      The Parties have not sought any prior extension of time, and the proposed briefing schedule will not impact any previously scheduled dates in this matter.

STIPULATED MOTION AND
ORDER TO MODIFY CASE CAPTION AND
EXTEND DEFENDANT'S RESPONSE DEADLINE.
(No. 2:24-cv-02009-KKE) –2

1  DATED: January 6, 2025

2  By: s/ *Charles C. Sipos*       By: s/ *Janelle N. Bailey*
    Charles C. Sipos, Bar No. 32825      Janelle N. Bailey, Bar No. 54586
3      Ellie F. Chapman, Bar No. 55881      1905 Queen Anne Ave. North, Ste. 300
    **PERKINS COIE LLP**      Seattle, Washington 98109
4      1201 Third Avenue, Suite 4900      Telephone: (206) 960-4522
    Seattle, Washington 98101      Facsimile: (206) 960-4522
5      Telephone: +1.206.359.8000      Janelle@WashingtonInjuryLaw.com
    Facsimile: +1.206.359.9000
6      CSipos@perkinscoie.com
    EChapman@perkinscoie.com
7       *Counsel for Plaintiffs*

8  *Counsel for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND
ORDER TO MODIFY CASE CAPTION AND
EXTEND DEFENDANT'S RESPONSE DEADLINE.
(No. 2:24-cv-02009-KKE) –3

**ORDER**

The parties' stipulated motion (Dkt. No. 8) is GRANTED. Defendant Amazon.com, Inc., is DISMISSED as a Defendant without prejudice, and the clerk shall update the case caption to substitute Amazon.com Services LLC as Defendant. Defendant shall respond to the first amended complaint no later than February 21, 2025.

Dated this 6th day of January, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND
ORDER TO MODIFY CASE CAPTION AND
EXTEND DEFENDANT'S RESPONSE DEADLINE.
(No. 2:24-cv-02009-KKE) –4