UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAMAZE KING, et al.,<br><br>                    Plaintiff(s),<br>   v.<br><br>AMAZON.COM SERVICES LLC,<br><br>                    Defendant(s). | CASE NO. C24-2009-KKE<br><br>STIPULATED MOTION AND ORDER |

## **STIPULATION**

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiffs Alamaze King, Emir Gur-Ravantab, May Wood, Leonard Gray, and Ebony Bruce ("Plaintiffs") and Defendant Amazon.com Services LLC ("Defendant") (together, "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order extending Amazon's deadline to respond to the amended complaint (Dkt. 6) until March 7, 2025. In support of the foregoing request for relief, the Parties state as follows:

    1.    On December 5, 2024, Plaintiffs filed a putative class action complaint against Amazon.com, Inc. (Dkt. 1), and on December 12, 2024, Plaintiffs filed an amended complaint (Dkt. 6).

    2.    On January 6, 2025, the Parties stipulated to dismiss Amazon.com, Inc. without prejudice from the lawsuit, modify the case caption to substitute Amazon.com Services LLC as defendant instead, and set Amazon's response deadline for February 21, 2025. (Dkt. 8, 9).

3. On February 7, 2025, the Parties engaged in a telephone call in which the Parties agreed to extend Amazon's time to respond to the amended complaint until March 7, 2025, to give the Parties additional time to discuss the possibility of consolidation with related case, *Villafuerte v. Amazon.com, Inc.*, United States District Court for the Western District of Washington, Case No: 2:25-cv-00217 (the "*Villafuerte*" Matter), recently filed against Amazon and currently pending before this Court, and agree on a deadline to file any amended consolidated complaint and associated briefing schedule.

4. Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending the deadline for Amazon to respond to the Complaint to March 7, 2025.

5. Other than the one extension described above, the proposed briefing schedule will not impact any previously scheduled dates in this matter.

RESPECTFULLY SUBMITTED this 12th of February 2025.

| **WASHINGTON INJURY LAW** | **PERKINS COIE LLP** |
|---|---|
| By: *s/ Janelle N. Bailey*<br>Janelle N. Bailey, WSBA No. 54586<br>1905 Queen Anne Ave. North, Ste. 300<br>Seattle, WA 98109<br>Telephone: (206) 960-4522<br>Janelle@WashingtonInjuryLaw.com<br><br>Jarrett Ellzey*<br>Texas Bar No. 24040864<br>Leigh S. Montgomery*<br>**EKSM, LLP**<br>Texas Bar No. 24113389<br>4200 Montrose Blvd., Ste. 200<br>Houston, Texas 77006<br>Phone: (888) 350-3931<br>Fax: (888) 276-3455<br>jellzey@eksm.com<br>lmontgomery@eksm.com<br><br>(*denotes pro hac vice admission)<br>Attorneys for Plaintiffs | By: *s/ Charles C. Sipos*<br>Charles C. Sipos, WSBA No. 32825<br>Ellie F. Chapman, WSBA No. 55881<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>CSipos@perkinscoie.com<br>EChapman@perkinscoie.com<br><br>Benjamin M. Mundel (*Pro Hac Vice Forthcoming*)<br>Manuel Valle (*Pro Hac Vice Forthcoming*)<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, NW<br>Washington, DC 20005<br>Telephone: 202.736.8000<br>Facsimile: 202.736.8711<br>bmundel@sidley.com<br>manuel.valle@sidley.com |

David R. Carpenter (*Pro Hac Vice Forthcoming*)
**SIDLEY AUSTIN LLP**
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.896.6000
Facsimile: 213.896.6600
drcarpenter@sidley.com

Amy P. Lally (*Pro Hac Vice Forthcoming*)
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Fl.
Los Angeles, CA 90067
Telephone: 310.595.9500
Facsimile: 310.595.9501
alally@sidley.com

Attorneys for Defendant
Amazon.com Services LLC

# **ORDER**

The parties' stipulated motion is GRANTED. Dkt. No. 11. Defendant must respond to the Complaint no later than March 7, 2025.

Dated this 13th day of February, 2025.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER - 3