UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAMAZE KING, ET AL., | NO. 2:24-cv-02009-KKE |
| Plaintiffs, | NO. 2:25-cv-00217-KKE |
| v. | |
| AMAZON.COM SERVICES LLC, | **ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE** |
| Defendant. | |

The Court GRANTS the parties' stipulated motion to consolidate. Dkt. No. 14. *Villafuerte v. Amazon.com Inc.*, No. 2:25-cv-00217 and *King et al. v. Amazon.com Services LLC*, Case No. 2:24-cv-02009 are hereby consolidated under Case No. 2:24-cv-02009. The parties shall hereafter file documents only in Case No. 2:24-cv-02009, and the Clerk shall administratively close Case No. 2:25-cv-00217.

The Court ORDERS the following deadlines:

| Event | Deadline |
|---|---|
| Plaintiffs' Consolidated Class Action Complaint | 03/21/2025 |
| Defendant's Motion to Dismiss | 05/01/2025 |
| Plaintiffs' Response to Defendant's Motion to Dismiss | 05/30/2025 |

ORDER - 1
Case No. 2:24-cv-02009-KKE

| Defendant's Reply | 06/20/2025 |

DATED: February 27, 2025

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER - 2
Case No. 2:24-cv-02009-KKE