UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ALAMAZE KING, et al., | CASE NO. C24-2009-KKE |
|---|---|
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| AMAZON.COM SERVICES LLC, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiffs have filed a motion to appoint three law firms, including Ellzey Kherkher Sanford Montgomery, LLP, as interim co-lead counsel for the putative class in this action. Dkt. No. 17. Attorneys from this firm signed the original and amended complaints and indicated that they would seek admission *pro hac vice* or that *pro hac vice* admission was forthcoming, but the docket does not reflect any such applications. Dkt. No. 1 at 1, Dkt. No. 16 at 48. The Court will not consider appointing counsel who are not admitted to appear in this action as interim co-lead counsel.

Dated this 11th day of April, 2025.

                                                      Ravi Subramanian
                                                      Clerk

                                                      */s/ Kathleen Albert*
                                                      Deputy Clerk

MINUTE ORDER - 1