THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ALAMAZE KING, ET AL.,

                Plaintiffs,

    v.

AMAZON.COM SERVICES LLC,

                Defendant.

Consolidated Case No. 2:24-cv-02009-KKE

**STIPULATED MOTION AND ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT**

### I.     STIPULATION

1.     The Court's order granting Defendant's motion to dismiss sets a deadline of April 6, 2026, for Plaintiffs to file an amended complaint (ECF No. 58 at 14).

2.     The Court granted the parties stipulated motion extending the due date for any amended complaint to May 6, 2026 (ECF No. 61).

3.     The parties now jointly move to extend this deadline by 12 days, to May 18, 2026, in order to allow Plaintiffs' counsel sufficient time to prepare an amended complaint while meeting deadlines in other matters and attending to pre-existing personal commitments.

STIPULATED TO AND DATED this 7th day of May, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Blythe H. Chandler
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com

PERKINS COIE LLP

By: /s/ Charles C. Sipos
Charles C. Sipos, WSBA #32825
Email: csipos@perkinscoie.com

1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

Kristen Simplicio, *Admitted Pro Hac Vice*
Email: ksimplicio@clarksonlawfirm.com
Laura E. Older, *Admitted Pro Hac Vice*
Email: lolder@clarksonlawfirm.com
Roke Iko, *Admitted Pro Hac Vice*
Email: riko@clarksonlawfirm.com
CLARKSON LAW FIRM, P.C.
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 998-2299

Cody Laux, *Admitted Pro Hac Vice*
Email: claux@clarksonlawfirm.com
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, California 90265
Telephone: (213) 788-4050

Jarrett L. Ellzey, *Admitted Pro Hac Vice*
Email: jellzey@eksm.com
Leigh S. Montgomery, *Admitted Pro Hac Vice*
Email: lmontgomery@eksm.com
ELLZEY KHERKHER SANFORD
  MONTGOMERY, LLP
4200 Montrose Blvd., Sute 200
Houston, Texas 77006
Telephone: (888) 350-3931

Janelle N. Bailey, WSBA #54586
Email: Janelle@WashingtonInjuryLaw.com
WASHINGTON INJURY LAW
1905 Queen Anne Avenue N., Suite 300
Seattle, Washington 98109
Telephone: (206) 960-4522

*Attorneys for Plaintiffs and Proposed Class*

Meeghan Dooley, WSBA #61735
Email: mdooley@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000

Benjamin M. Mundel, *Admitted Pro Hac Vice*
Email: bmundel@sidley.com
Manuel Valle, *Admitted Pro Hac Vice*
Email: manuel.valle@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

Amy P. Lally, *Admitted Pro Hac Vice*
Email: alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 595-9500

David R. Carpenter, *Admitted Pro Hac Vice*
Email: drcarpenter@sidley.com
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, California 90071
Telephone: (213) 896-6000

*Attorneys for Defendant Amazon.com Services LLC*

STIPULATED MOTION AND ORDER TO EXTEND TIME TO FILE
AMENDED COMPLAINT - 2
Case No. 2:24-cv-02009-KKE

**ORDER**

The parties' stipulated motion is GRANTED.  Dkt. No. 62.  Plaintiffs may file an amended class-action complaint no later than May 18, 2026.


DATED this 8th day of May, 2026.


Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND TIME TO FILE
AMENDED COMPLAINT - 3
Case No. 2:24-cv-02009-KKE